# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHIRLEY VINES, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | )    Case No. 07-CV-0771-MJR |
| | ) |
| HARTFORD LIFE & ACCIDENT | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|       Defendant. | ) |

## ORDER

**REAGAN, District Judge:**

On June 3, 2008, the parties filed a joint motion to dismiss, as the parties have settled the case (Doc. 15). The Court construes the motion as a joint stipulation to dismiss the case with prejudice.

Rule 41(a)(1)(A)(ii) provides that a plaintiff may voluntarily dismiss an action "by filing a stipulation of dismissal signed by all parties who have appeared." Plaintiff submitted a stipulation of dismissal signed by Stephen W. Stone, counsel for Plaintiff, and Morgan J. Milner, counsel for Defendant.

Pursuant to the parties' stipulation, the Court hereby **DISMISSES** the case **with prejudice**.

**IT IS SO ORDERED.**

**DATED this 5th day of June 2008.**

                                                  **s/ Michael J. Reagan**
                                                  **MICHAEL J. REAGAN**
                                                  **United States District Judge**